**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Marcus JONES, also known as Mac Daddy, Defendant–Appellant.**

**No. 08–30727
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 12, 2010.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, Stephanie A. Finley, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Marcus Jones, federal prisoner # 10250–035, was sentenced to 188 months in prison after pleading guilty to conspiracy to possess with intent to distribute 50 grams or more of crack cocaine and five kilograms or more of powder cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Following amendments to the Sentencing Guidelines governing crack offenses, the district court reduced Jones's sentence to 151 months in prison, the lowest point in the amended guidelines range. Jones appeals that he should have received an even shorter modified sentence, but our recent decisions concerning 18 U.S.C. § 3582(c)(2) proceedings foreclose Jones's various challenges to the district court's judgment.[1]

AFFIRMED.

---

1. *See United States v. Cooley,* 590 F.3d 293, 297–98 (5th Cir.2009); *United States v. Evans,* 587 F.3d 667, 671–74 (5th Cir.2009); *United States v. Doublin,* 572 F.3d 235, 237–39 (5th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 517, 175 L.Ed.2d 366 (2009).